# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **CHARLES ERIC LEE** <br> **ADC # 117226** | **PLAINTIFF** |
| **V.**   **CASE NO. 4:08CV04248 GTE/BD** | |
| **FAULKNER COUNTY** <br> **DETENTION CENTER** | **DEFENDANT** |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of March, 2009.

                                                              /s/ Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE